**STATE of Missouri, Respondent,**

v.

**Dwight CLARK, Appellant.**

**No. ED 102567**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: April 19, 2016

Kevin B. Gau, 1010 Market Street, Ste. 1100, St. Louis, Missouri 63101, for Appellant.

Alexandria M. Burns, 1114 Market Street, Room 401, St. Louis, Missouri 63101, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Dwight Michael Clark ("Defendant") appeals from his conviction following a jury trial finding him guilty of the class A misdemeanor of possession of marijuana, in violation of Section 195.202.3, RSMo (Cum Supp.2011). Defendant was sentenced to one year incarceration. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).